*11749*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

**EAST ENTERPRISE & TRANSPORT ASSOCIATION LTD.**,

                    Plaintiff,

- against -

**WINSTAR SHIPPING SERVICES**,

                    Defendant.
---------------------------------------------------------x

Case No. 08 CV 01137

JUDGE SWAIN

**RULE 7.1 NOTICE**

Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **EAST ENTERPRISE & TRANSPORT ASSOCIATION LTD.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on February 4, 2008

                    Respectfully submitted,

                    JUNGE & MELE, LLP
                  *Attorneys for Plaintiff*

                  _____
                  Peter A. Junge (PJ-0745)
                  29 Broadway
                  New York, NY 10006
                  (212) 269-0061

*11749 Rule 7.1 Notice.wpd*