*11749*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
EAST ENTERPRISE & TRANSPORT
ASSOCIATION LTD.,
                Plaintiff,

- against -

WINSTAR SHIPPING SERVICES,

                Defendant.
------------------------------------------------------x

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(A)
WITH ORDER

CASE NUMBER: 08 CV 01137 (LTS)

PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on April 17, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

The Clerk of Court is respectfully requested to close this case.

IT IS SO ORDERED

4/18/08

LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

Dated: